NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


KATHY LOU ROBERTS, DOC #H49321,          )
                                         )
              Appellant,                 )
                                         )
v.                                       )          Case No. 2D18-1026
                                         )
STATE OF FLORIDA,                        )
                                         )
              Appellee.                  )
                                         )
_____     )

Opinion filed February 20, 2019.

Appeal from the Circuit Court for Polk
County; Keith P. Spoto, Judge.

Howard L. Dimmig, II, Public Defender,
and Timothy J. Ferreri, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.



PER CURIAM.


              Affirmed.


BLACK, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.